# Exhibit 1



# Brain Flakes

| | |
|---|---|
| **Reg. No. 5,049,910** | VIAHART LLC (CONNECTICUT LIMITED LIABILITY COMPANY) |
| **Registered Sep. 27, 2016** | 1321 Upland Dr. #6481<br>Houston, TX 77043 |
| **Int. Cl.: 28** | CLASS 28: Children's educational toys for developing fine motor skills and engineering skills; Construction toys; Stacking toys; Toy building blocks; Toy building blocks capable of interconnection; Toy construction sets |
| **Trademark** | |
| **Principal Register** | FIRST USE 11-19-2013; IN COMMERCE 2-16-2014 |
| | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR |
| | SER. NO. 87-021,780, FILED 05-03-2016<br>LESLEE ANN FRIEDMAN, EXAMINING ATTORNEY |



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office