UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VIAHART LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. |
| THE PARTNERSHIPS AND | ) 1:19-cv-8181 (JLA)(JC) |
| UNINCORPORATED ASSOCS. | ) |
| IDENTIFIED ON SCH. "A," | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH LOCAL RULE 83.15**

Plaintiff Viahart LLC, by and through its undersigned counsel, hereby petitions the Court for an order requiring that Defendant No. 9, liyunshop ("Defendant") comply with Local Rule 83.15. Defendant's recent filings (Dkt. 57-60) fail to comply with Local Rule 83.15 because Defendant has not retained local counsel.

1. On June 28, 2021, Mr. Nihat Bayramoglu entered an appearance in this action as counsel for Defendant. (Dkt. 60). As of today, Mr. Bayramoglu is the sole counsel of record for Defendant. Mr. Bayramoglu has indicated his address to be "1540 West Warm Springs Road., Suite 100 Henderson, NV 89014." (Dkt. 60). On his attorney appearance form, Mr. Bayramoglu checked "No" to the questions (i) "Are you acting as local counsel in this case?" and (ii) "Are you a member of the court's trial bar?" (*Id*.)

2. Local Rule 83.15 requires all nonresident attorneys to designate as local counsel "a member of the bar of this Court having an office within this District." N.D. Ill. Local R. 83.15(a). Once designated, local counsel must file an appearance in the case and accept service of notices, pleadings, and other documents on behalf of the nonresident attorney. *Id*.; *see also id*. at § (c).

3. If a nonresident attorney fails to designate local counsel within thirty days of filing documents with the court, "the documents filed by the attorney may be stricken by the court." *Id.* at § (b).

4. On June 28, 2021, Mr. Bayramoglu filed a Motion to Set Aside Default Judgment (Dkt. 57) and declaration in support thereof (Dkt. 59); as well as a Motion to Dismiss Due to Lack of Personal Jurisdiction (Dkt. 58). Defendant has not to date designated local counsel who is "a member of the bar of this Court having an office within this District." In light of the above considerations, Plaintiff respectfully requests that the Court enter an order requiring Defendant to retain local counsel and requiring such local counsel to enter an appearance in this action on Defendant's behalf.

Dated: August 2, 2021                                   Respectfully submitted,

                                               */s/*Daliah Saper
                                               Daliah Saper (Bar No. 6283932)
                                               Saper Law Offices, LLC
                                               505 North LaSalle, Suite 350
                                               Chicago, IL 60654
                                               Telephone: 312-527-4100
                                               ds@saperlaw.com

                                               *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 2, 2021, I caused a true and correct copy of the foregoing document to be served on all counsel of record for Plaintiffs via CM/ECF.

Dated: August 2, 2021

                                                       */s/ Daliah Saper*
                                                       Daliah Saper