UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VIAHART LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action No. |
| THE PARTNERSHIPS AND | ) | 1:19-cv-8181 (JLA)(JC) |
| UNINCORPORATED ASSOCS. | ) | |
| IDENTIFIED ON SCH. "A," | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff files this Motion requesting leave to file under seal Exhibit A to the Declaration of Molson Hart; said Declaration being submitted in support of Plaintiff's Response to Motion to Set Aside Default Judgment (Dkt. 57) and in support of Plaintiff's Response to Motion to Dismiss Complaint (Dkt. 58). The document sought to be sealed contains Movant's sales data. While Plaintiff's interests are not implicated by the potential public disclosure of this sales data, Plaintiff files this Motion as part of a cooperative attempt to ensure that Movant's competitive interests are not compromised. In the event that the Court and/or Movant do not believe that the subject material requires sealing, Plaintiff will re-file the document on the public docket.

Dated: August 9, 2021                           Respectfully submitted,

                                                      /s/ Daliah Saper
                                                    Daliah Saper (Bar No. 6283932)
                                                    Saper Law Offices, LLC
                                                    505 North LaSalle, Suite 350
                                                    Chicago, IL 60654
                                                    Telephone: 312-527-4100
                                                    ds@saperlaw.com

                                                    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2021, I caused a true and correct copy of the foregoing document to be served upon all counsel of record via CM/ECF.

Dated: August 9, 2021

*/s/ Daliah Saper*
Daliah Saper
